IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NetMomentum LLC,** | Case No. 1:25-cv-06637-AS |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **GAO Group Inc.,** | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The request to dismiss this matter without prejudice is hereby GRANTED.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: September 8, 2025
New York, New York

_____
Hon. Arun Subramanian
United States District Judge